30 F.3d 1486
 Goldberg (Richard) on Behalf of Old York Road Bancorp, Inc.
v.
Hankin (Mark), Hilger (Harry, Jr.), Murphy (Joseph),
Pitcairn (Laren), Riebman (Leon, Dr.), Dailey (Eugene J.),
Hankin (Lowen), General Partners t/a Hankin & Shield, Shield
(Axel A., II), General Partners t/a Hankin & Shield, Weiss
(Lester), Piersol (Terry), Schwartzman (James C.), Old York
Road Bancorp, Inc.; Blum (Byron), on Behalf of Old York Road
Bancorp Inc. v. Hankin (Mark, Lowen), Flood (Robert, Jr.), Gottlieb
 NOS. 93-2000, 93-2001
 United States Court of Appeals,
Third Circuit.
 June 02, 1994
 
 Appeal From: E.D.Pa.,
 Giles, J.
 
 835 F.Supp. 815
 
 1
 AFFIRMED.